IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:15CR00071 |
| LENN DIXON | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named commenced Supervised Release on March 14, 2014. For good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 29th day of September, 2017

_____
United States District Court Judge